**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| USA PORK PACKERS, INC., | |
| Plaintiff, | CIVIL ACTION NO. 3:12-0611 |
| v. | (JUDGE CAPUTO) |
| WESTFIELD INSURANCE COMPANY and HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, | |
| Defendants. | |

## ORDER

**NOW**, this 5th day of April, 2012, **IT IS HEREBY ORDERED** that Plaintiff USA Pork Packers, Inc. is given leave to file an amended complaint within **twenty-one (21) days** from the date of this order. If the Plaintiff fails to do so, the action will be dismissed.

     /s/ A. Richard Caputo
     A. Richard Caputo
     United States District Judge